IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HACKER, ) | |
| ) | 2:05-cv-2193-GEB-JFM |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MERCK & COMPANY, INC., PFIZER, ) | |
| INC., MCKESSON CORPORATION, AND ) | |
| DOES 1 through 100, inclusive, ) | |
| ) | |
| Defendants. ) | |

Presently, hearings are scheduled for February 13, 2006, on Defendant Merck's ("Defendant") motion to stay this action pending a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on whether this action should be transferred to Multidistrict Litigation proceeding No. 1657 ("MDL-1657") and Plaintiff's motion to remand this action to state court.  Since this action was included in the MDL Panel's December 21, 2005, Conditional Transfer Order and will likely be transferred to MDL-1657, judicial economy is served by deferring consideration of the pending motions.  Therefore, the hearings on these motions are continued to May 22, 2006, at 9:00 a.m.

1

```
 1  The Scheduling Conference set for February 21, 2006, is vacated.
 2  Defendant shall file a status report no later than May 2, 2006, in
 3  which it shall only explain the status of its effort to transfer this
 4  action to MDL-1657.
 5          IT IS SO ORDERED.
 6  Dated:  January 24, 2006
 7
 8                                  /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```