IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HACKER,<br>            Plaintiff,<br>  v.<br>MERCK & COMPANY, INC., PFIZER, INC., MCKESSON CORPORATION, AND DOES 1 through 100, inclusive,<br>            Defendants. | 2:05-cv-2193-GEB-JFM<br><br>ORDER |

      On January 5, 2006, Defendant Merck & Company, Inc. ("Defendant") filed a Notice of Related Cases document that did not include lower numbered action 2:05-cv-2140-MCE-PAN. Defendant is obviously aware of this lower numbered action, because Defendant included it in a Notice of Related Cases document filed on November 10, 2005. Local Rule 83-123(b) requires Counsel to include in a Notice of Related Cases document all "action[s] on file (whether or not dismissed or otherwise terminated)." Therefore, Defendant's January 5 Notice of Related Cases document is defective and is stricken.

      IT IS SO ORDERED.

Dated:  January 24, 2006

                          /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
                          United States District Judge