1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN HOIEN and PEGGY HOIEN,        No. 2:05-cv-2464-MCE-KJM

12           Plaintiffs,

13      v.                             **NON-RELATED CASE ORDER**

14   MERCK & CO., INC., MCKESSON
     CORPORATION, and AMERI-
15   SOURCEBERGEN DRUG CORPORATION,

16           Defendants.
     _____/
17   PATRICIA LOVE,                     No. 2:05-cv-2140-MCE-PAN

18           Plaintiff,

19      v.

20   MERCK & CO., INC. and
21   MCKESSON CORPORATION,

22           Defendants.
     _____/
23   BARBARA HACKER,                    No. 2:05-cv-2193-GEB-JFM

24           Plaintiff,

25      v.

26   MERCK & CO., INC., PFIZER, INC.,
27   and MCKESSON CORPORATION

28           Defendants.
     _____/

1   BRUCE REEVE,                          No. 2:05-cv-2199-FCD-GGH

2           Plaintiff,

3       v.

4   MERCK & CO., INC.,

5           Defendant.
    _____/

6   CLARA PUMA,                           No. 2:05-cv-2203-DFL-KJM

7           Plaintiff,

8       v.

9   MERCK & CO., INC., and ATTORNEY
10  MCKESSON CORPORATION,

11          Defendants.
    _____/

12  CHRISTOPHER LEESON,                   No. 2:05-cv-2240-WBS-PAN

13          Plaintiff,

14      v.

15  MERCK & CO., INC., PFIZER, INC.,
16  and MCKESSON CORPORATION,

17          Defendants.
    _____/

18  VANCE SKILLSKY,                       No. 2:05-cv-2218-DFL-GGH

19          Plaintiff,

20      v.

21  MERCK & CO., INC., and
22  MCKESSON CORPORATION,

23          Defendants.
    _____/

24

25  ///

26  ///

27  ///

28  ///

2

```
 1  CLAYTON WELCH,                        No. 2:05-cv-2267-WBS-DAD

 2          Plaintiff,

 3       v.

 4  MERCK & CO., INC., and
    MCKESSON CORPORATION,
 5
            Defendants.
 6  _____/

 7  JAMES MARK REAGLE,                    No. 2:05-cv-2349-DFL-PAN

 8          Plaintiff,

 9       v.

10  MERCK & CO., INC.,

11          Defendant.
    _____/
12  JAMES MARK REAGLE,                    No. 2:05-cv-2356-DFL-PAN

13          Plaintiff,

14       v.

15  MERCK & CO., INC.,

16          Defendant.
17  _____/

18  DEBORAH SISEMORE,                     No. 2:05-cv-2399-WBS-KJM

19          Plaintiff,

20       v.

21  MERCK & CO., INC. and
    MCKESSON CORPORATION,
22
            Defendants.
23  _____/

24  ///

25  ///

26  ///

27  ///

28  ///
```

```
1   EDITH CROOK,                              No. 2:05-cv-2436-FCD-PAN

2            Plaintiff,

3        v.

4   MERCK & CO., INC. and
    MCKESSON CORPORATION,
5
             Defendants.
6   _____/

7   ALMA ZEHRUNG,                             No. 2:05-cv-2437-DFL-DAD

8            Plaintiff,

9        v.

10  MERCK & CO., INC. and
    MCKESSON CORPORATION,
11
             Defendants.
12  _____/

13  PAMELA PARKER,                            No. 2:05-cv-2446-GEB-KJM

14           Plaintiff,

15       v.

16  MERCK & CO., INC., MCKESSON
    CORPORATION, and AMERI-
17  SOURCEBERGEN DRUG CORPORATION,

18           Defendants.
    _____/
19
    JAMES LAME BULL and LUCINDA            No. 2:05-cv-2465-LKK-DAD
20  LAME BULL,

21           Plaintiffs,

22       v.

23  MERCK & CO., INC., MCKESSON
    CORPORATION, and AMERI-
24  SOURCEBERGENDRUG CORPORATION,

25           Defendants.
    _____/
26

27  ///

28  ///
```

4

| | |
|---|---|
| TOMMIE BALHOUN, | No. 2:05-cv-2567-FCD-DAD |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |
| JOHN PALMER, | No. 2:05-cv-2568-DFL-JFM |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |
| ESTHER NED, | No. 2:05-cv-2584-MCE-DAD |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |
| BOYD COLE, STEVEN COLE, and KAREN ALVISO, | No. 2:05-cv-2609-MCE-GGH |
| Plaintiffs, | |
| v. | |
| MERCK & CO., INC., and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |

///

///

///

1  JILL DESART,                          No. 2:06-cv-0015-FCD-DAD

2           Plaintiff,

3       v.

4  MERCK & CO., INC.,

5           Defendant.
   _____/
6
   JILL DESART,                          No. 2:06-cv-0062-FCD-DAD
7
            Plaintiff,
8
        v.
9
   MERCK & CO., INC. and
10 MCKESSON CORPORATION,

11          Defendants.
   _____/
12

13      The Court has received the Notice of Related Cases

14 concerning the above-captioned cases filed.  See Local Rule 83-

15 123, E.D. Cal. (1997).  The Court has determined, however, that

16 it is inappropriate to relate or reassign the cases, and

17 therefore declines to do so.  This order is issued for

18 informational purposes only, and shall have no effect on the

19 status of the cases, including any previous Related (or Non-

20 Related) Case Order of this Court.

21      IT IS SO ORDERED.

22 DATE: February 2, 2006

23

24

25  _____
    MORRISON C. ENGLAND, JR
26  UNITED STATES DISTRICT JUDGE

27

28

                              6